Jonathan Zavin (JZ-1846)
Christina S. Monteiro (CM-8395)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154-0037
(212) 407-4000
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

WARNER BROS. ENTERTAINMENT INC., a
Delaware corporation,

            Plaintiff,

    -against-

SANDRA RIVERA, an individual,

            Defendant.

------------------------------------------------------------------- x

JUDGE CONNER

08 CV 009

Civil Action No.:

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff identifies its parent corporations and any publicly held company that owns 10% or more of Plaintiff's stock.

WARNER BROS. ENTERTAINMENT INC. is ultimately and indirectly majority owned by Time Warner Inc., a publicly traded U.S. corporation.

Dated: New York, New York
       January 2, 2008

Attorneys for Plaintiff

By: *[signature]*
Jonathan Zavin (JZ-1846)
Christina S. Monteiro (CM-8395)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154-0037
Telephone: (212) 407-4000
Facsimile: (212) 407-4990