UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
WARNER BROS. ENTERTAINMENT, INC., a
Delaware corporation,

                                                Plaintiff,               **AFFIDAVIT OF SERVICE**

   -against-

SANDRA RIVERA, an individual,                       Case No.: **08 CV 009**
                                                                    Date filed: Jan. 02, 2008
                                     Defendant.
-------------------------------------------------------------------------X
STATE OF NEW YORK   )
COUNTY OF SULLIVAN) ss:

      The undersigned, being duly sworn, deposes and says; Deponent is not a party herein, is over 18 years of age and resides in the State of New York, that on **January 5, 2008 at 4:31 p.m. at 3 Prospect Lane, South Fallsburg, NY 12779** Deponent served the within *Summons in a Civil Case, Complaint for Copyright Infringement, Rule 7.1 Disclosure Statement, Report on Filing or Determination of An Action or Appeal Regarding a Copyright and Judge William C. Conner's Individual Practices* on SANDRA RIVERA in the manner described below:

By delivering to and leaving with SANDRA RIVERA a true copy thereof at said premises being the Defendant's dwelling place.

**Description:** Female, Light brown skin, brown hair, approximate age-35-45 years, approximate height- 5'3", approximate weight – 165 lbs and she wore eye glasses.

I asked Sandra Rivera if she was in active military service of the United State or of the State of New York in any capacity whatsoever and received a negative reply.

                                                                                 Deborah Manley

Sworn to before me this 8th day
of January, 2008.

Notary Public

ROSEMARIE FINKLE
Notary Public, State Of New York
Sullivan County Clerk's #2541
Commission Expires April 30, 2011